United States District Court
Southern District of Texas
**ENTERED**
July 14, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Cr. No.: 4:21CR353 |
| EMMAUEL AIG | § § | |

## ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On _____ day of _____, 2021, the "Motion to Withdraw" having been presented to this Court and after hearing evidence, the Court finds this request should be granted.

**IT IS ORDERED**, that Stanley B. Broussard is removed as attorney for Emmanuel Aig. Defendant shall be appointed counsel from the Federal Public Defender Office.

SIGNED _July 14,_ 2021.

_____
UNITED STATES MAGISTRATE

Law Offices of Stanley B. Broussard
5020 Montrose Blvd.
Suite 310
Houston, Texas 77006

/s/ *Stanley B. Broussard*
Stanley B. Broussard
Attorney for Defendant
Federal License No.: 20348
Phone: (713) 229-0800
Fax: (281) 501-1548
Email: sbb@broussardlaw.com